UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

NAOMI COLEMAN-REED,

      Plaintiff,

v.                       Civil Action No.: 2:15-cv-13687
                                   (Lead action)

OCWEN LOAN SERVICING LLC
and WELLS FARGO BANK, N.A.,

      Defendants.


NAOMI COLEMAN-REED,

      Plaintiff,

v.                       Civil Action No.: 2:15-cv-13708
                                 (Consolidated)

OCWEN LOAN SERVICING LLC
and WELLS FARGO BANK, N.A.,

      Defendants.


MEMORANDUM OPINION AND ORDER


      Pending is the parties' joint motion to consolidate, filed October 13, 2015.


      This case presents the unusual situation of two defendants separately removing the same case, on the same day, with each representing to the court that the other consented to its own removal.  In the joint motion to consolidate, filed October 13, 2015, defendants give no explanation for having done

so.  They simply state that "Whereas the actions not only
involve common questions of law or fact, but are the same action
as filed in state court, consolidation is appropriate . . . ."
Joint Mot. to Consolidate Cases ¶ 4.

Federal Rule of Civil Procedure 42 empowers the
district courts to consolidate actions that "involve common
questions of law or fact."  Fed. R. Civ. P. 42(a).  The rule
reads, in pertinent part:

> (a) <u>Consolidation.</u> If actions before the court involve a
> common question of law or fact, the court may:
>
> > (1) join for hearing or trial any or all matters at
> > issue in the actions;
> > (2) consolidate the actions; or
> > (3) issue any other orders to avoid unnecessary cost
> > or delay.

Fed. R. Civ. P. 42.  "District courts have broad discretion
under F. R. Civ. P. 42(a) to consolidate causes pending in the
same district."  <u>A/S J. Ludwig Mowinckles Rederi v. Tidewater
Const. Co.</u>, 559 F.2d 928, 933 (4th Cir. 1977).

Inasmuch as these two actions are one and the same,
the court, accordingly, ORDERS the above-styled civil actions
be, and they hereby are, consolidated.  Case number 2:15-cv-

13687 is designated as the lead case.  All further filings shall be captioned and docketed in that case.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record.

ENTER:        January 11, 2016

John T. Copenhaver, Jr.
United States District Judge

3